# GARVEY BALLOU

A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW
1973 Route 34
Suite 204
WALL, NEW JERSEY 07719
(732) 341-1212
Telefax: (732) 240-6704
e-mail: thefirm@courthouselane.com

*Mailing Address:*
*P.O. Box 730*
*Allenwood, NJ 08720-0730*

JOSEPH J. GARVEY<sup>□,*</sup>
ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU

□CERTIFIED CIVIL TRIAL ATTORNEY
*MEMBER N.J. & D.C. BARS
**MEMBER N.J. & N.Y. BARS

OUR FILE NO.   131.25602

May 21, 2021

VIA EFILE

Civil Processing, Ocean – Law Div
Court Clerk – Law Division
118 Washington Street
P.O. Box 2191
Toms River, NJ 08753-2191

    Re:   Steve McLeod v Costco
           Docket No.:  L901-20

Dear Sir/Madam:

    Enclosed you will find a Notice of Removal of Action to the United States District Court to be filed in reference to the above entitled matter.

    Please utilize account #52715 for the appropriate filing fee.

    Thank you for your kind attention.

                                Very truly yours,
                                *Robert A. Ballou*
                                ROBERT A. BALLOU, JR
                                rballou@courthouselane.com

RAB/dg
cc:   Lisikiewicz/Helen – Gallagher Bassett (1) –
       Steve McLeod, pro se