# GARVEY BALLOU

A PROFESSIONAL CORPORATION

COUNSELLORS AT LAW

1973 Route 34

Suite 204

WALL, NEW JERSEY 07719

(732) 341-1212

Telefax: (732) 240-6704

e-mail: thefirm@courthouselane.com

*Mailing Address:*

*P.O. Box 730*

*Allenwood, NJ 08720-0730*

JOSEPH J. GARVEY⁺*
ROBERT A. BALLOU, JR.**
SUZANNE WHITE BALLOU

⁺CERTIFIED CIVIL TRIAL ATTORNEY
*MEMBER N.J. & D.C. BARS
**MEMBER N.J. & N.Y. BARS

OUR FILE NO.   131.25602

May 21, 2021

VIA EFILE

Clerk of Court
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

  Re: Steve McLeod v Costco
    Docket No.:  L901-20

Dear Sir/Madam:

  Please be advised that the undersigned has been retained to represent the defendant, Costco Wholesale Corporation in connection with the above referenced matter.

  In that regard, enclosed herein you will find defendant's Notice of Removal.

  If you have any questions, please do not hesitate to contact me.

  Thank you for your kind attention.

          Very truly yours,

          *ROBERT A. BALLOU*
          ROBERT A. BALLOU, JR
          RBALLOU@COURTHOUSELANE.COM

RAB/dg
cc: Lisikiewicz/Helen - Gallagher Bassett (1) -
  Steve McLeod, pro se